**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          Case No. 3:07-cv-47-J-32MCR

ERIC PHILLIPS,

        Defendant.

_____

**ORDER**[1]

This case is before the Court on Motion by the United States for Entry of Default Judgment (Doc. 10). The government filed its complaint on January 19, 2007 seeking to recover $32,571.30 plus interest for reimbursement of tuition and other educational expenses incurred by the government, which sum became due the government when defendant failed to complete the requirements of a United States Navy Reserve Officer Training Corps program at Iowa State University. See Doc. 1. Defendant appears to have been properly and timely served with the complaint and summons. See Doc. 5. Upon motion of the government, the Clerk entered a default as to defendant on July 19, 2007. See Doc. 9. The government now seeks entry of default judgment in the amount of $33,299.60 pursuant to Fed.R.Civ.P. 55(b)(2). See Doc. 10 (providing calculations for balance). The motion shows that the government served defendant with the motion but defendant has not filed any response and this matter is now ripe for decision.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

On this record, the Court finds that entry of judgment by default is due to be entered against defendant in the amount of $33,299.60, plus interest to accrue at the rate provided by law from the date of entry of judgment.

Accordingly, it is hereby

**ORDERED**:

1. The Motion by United States for Entry of Default Judgment (Doc. 10) is **GRANTED** to the extent stated herein.

2. Pursuant to Fed.R.Civ.P. Rule 55(b)(2), the Clerk is directed to enter judgment in favor of the United States of America and against defendant, Eric B. Phillips, in the amount of **$33,299.60**, plus interest to accrue at the rate provided by law from the date of entry of judgment.

3. All such other relief sought by plaintiff's complaint is denied without prejudice and the Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of September, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record

Eric B. Phillips
1801 Kernan Blvd., S., Apt. 205
Jacksonville, FL 32246